NEW YORK INVESTORS, INC., Respondent, *v.* TINUS BUILDING CORPORATION et al., Appellants, and THE PRUDENCE COMPANY, INC., Respondent, Impleaded with Others, Defendants.

(Argued December 7, 1933; decided January 9, 1934.)

*I. Maurice Wormser, Lee Parsons Davis, Harry Brody* and *Theodore N. Tarlau* for Tinus Building Corporation, appellant.

*Joshua M. Fiero, Jr.,* for George B. Hall, as trustee, appellant.

*Henry Hetkin, Lester Samuels* and *Lynn G. Goodnough,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.